IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM DAYBERRY**  **PLAINTIFF**
**ADC #653942**

v.    CASE NO. 4:23-cv-01032-BSM

**BRANDON LONG,**
**Sheriff, Stone County,** *et al.*    **DEFENDANTS**

## ORDER

Jim Dayberry's motion to amend his complaint [Doc. No. 7] is granted and his amended complaint is now the operative one. Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 5] is denied as moot.

IT IS SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE