IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM DAYBERRY**                                                                    **PLAINTIFF**
**ADC #653942**

v.            **CASE NO. 4:23-CV-01032-BSM-JJV**

**BRANDON LONG,** *et al.*                                         **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 27] is adopted. Jim Dayberry may proceed on his retaliatory transfer claim, but his inhumane conditions and inadequate medical care claims are dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 31st day of May, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE