IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM WAYNE DAYBERRY**                                                   **PLAINTIFF**
**ADC #653942**

v.                      **CASE NO. 4:23-CV-01032-BSM**

**BRANDON LONG, Sheriff,**
**Stone County Sheriff's Office,** *et al.*                            **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE